# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: callahanj | Date Created: 3/3/2011 |
| Case: 2:10–ap–00917–RTBP | Form ID: vanad011 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | ANDREW HENRY PASTWICK | apastwick@readelawfirm.com |
| aty | DON J. LAWRENCE, JR. | teamlaw_don@cox.net |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| pla | Hall Tam | Reade &Associates | 4560 South Decatur Boulevard    Suite 201 | Las Vegas, NV 89103 |
| pla | Grace Tam | Reade &Associates | 4560 South Decatur Boulevard, Suite 201 | Las Vegas, NV 89103 |
| dft | ROBERT CLYDE PORTER | 75 ELYSIAN DRIVE | SEDONA, AZ 86336 | |
| dft | CHERYL ANN COVEY PORTER | 75 ELYSIAN DRIVE | SEDONA, AZ 86336 | |

TOTAL: 4