UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:10–bk–04269–RTBP |
| ROBERT CLYDE PORTER and CHERYL ANN COVEY PORTER | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| Hall Tam et al. | Adversary No.: 2:10–ap–00917–RTBP |
| *Plaintiff(s)* | |
| v. | |
| ROBERT CLYDE PORTER et al. | |
| *Defendant(s)* | |

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for May 10/11/ at 9:00 a.m. has been vacated on the Courts's own motion.

This matter has been RESCHEDULED for hearing on 8/9/12 at 10:00 AM at 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum PCT Sr. to consider and act upon the following matter:

TWO DAY TRIAL

**Date: April 19, 2012**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**