# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: jhernand | Date Created: 4/19/2012 |
| Case: 2:10−ap−00917−RTBP | Form ID: advresc | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | ANDREW HENRY PASTWICK | apastwick@readelawfirm.com |
| aty | DON J. LAWRENCE, JR. | teamlaw_don@cox.net |
| aty | ROBERT CHRISTOPHER READE | creade@readelawfirm.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| pla | Hall Tam | Reade &Associates | 4560 South Decatur Boulevard | Suite 201 | Las Vegas, NV 89103 |
| pla | Grace Tam | Reade &Associates | 4560 South Decatur Boulevard, Suite 201 | | Las Vegas, NV 89103 |
| dft | ROBERT CLYDE PORTER | 75 ELYSIAN DRIVE | SEDONA, AZ 86336 | | |
| dft | CHERYL ANN COVEY PORTER | 75 ELYSIAN DRIVE | SEDONA, AZ 86336 | | |

TOTAL: 4