Exhibit "A"

R. CHRISTOPHER READE, ESQ.
Arizona Bar No. 26931
READE & ASSOCIATES
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Tel: (702) 794-4411
Fax: (702) 794-4421
creade@readelawfirm.com
Attorneys for GRACE TAM and HALL TAM

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ROBERT CLYDE PORTER and<br>CHERYL ANN COVEY PORTER,<br><br>        Debtor.<br><br>HALL TAM; GRACE TAM,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT CLYDE PORTER; CHERYL<br>ANN COVEY PORTER,<br><br>        Defendants. | Case No.: 2:10-bk-04269-RTBP<br>Chapter 7<br><br><br><br><br>Adv. Case No.: 2:10-AP-00917-RTBP<br><br>**JUDGMENT** |

## JUDGMENT

For the reasons set forth in the "Minute Entry/Order for Matter Taken Under Advisement" (the "Ruling") dated November 21, 2012, including the Court's "Findings of Fact" and "Conclusions of Law" set forth therein and expressly incorporated by this reference as if fully set forth herein; for the reasons set forth in the "Minute Entry/Order for Matter Taken Under Advisement" (the "Ruling") dated November 21, 2012, and good cause appearing therefor,

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Judgment is hereby entered in this matter in favor of Plaintiffs HALL TAM and GRACE TAM and against Defendants ROBERT CLYDE PORTER and CHERYL ANN COVEY PORTER on all claims under the Complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' HALL TAM and GRACE TAM's state court judgment against Defendants ROBERT CLYDE PORTER and CHERYL ANN COVEY PORTER, filed January 26, 2009 in Nevada District Court case number 06A516720, is not dischargeable in bankruptcy based upon fraud under Section 523(a)(2) of the Bankruptcy Code.

**DATED AND SIGNED ABOVE.**